

# Fourth Court of Appeals
## San Antonio, Texas

November 15, 2019

No. 04-19-00785-CV

**IN RE** David Wayne **SPINKS**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:     Rebeca C. Martinez, Justice
Irene Rios, Justice
Liza A. Rodriguez, Justice

On November 6, 2019, relator filed a petition for writ of mandamus. This court believes a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). The respondent and the real party in interest may file a response to the petition in this court **no later than December 2, 2019.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

It is so **ORDERED** on November 15, 2019.

PER CURIAM

ATTESTED TO: _____
Michael A. Cruz,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 1909C, styled *In the Matter of the Marriage of David Wayne Spinks v. Becky Sue Detimore*, pending in the County Court, Kerr County, Texas, the Honorable Susan Harris presiding.